IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FAITH FORESTRY SERVICES, INC.                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:17-CV-214-SA-DAS

UNITED STATES DEPARTMENT OF LABOR                                  DEFENDANT

ORDER ON BRIEFING

Now before the Court is the Plaintiff, Faith Forestry Services Inc.'s, Motion for Preliminary Injunction [4]. After reviewing the Plaintiff's Reply [21], the Court requests the filing of sur-reply by the Department of Labor. Should the Department choose to file a sur-reply, it must do so on or before January 26, 2018.

It is SO ORDERED, on this the 24th day of January, 2018.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE