IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FAITH FORESTRY SERVICES, INC.                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 1:17-CV-214-SA-DAS

UNITED STATES DEPARTMENT OF LABOR                                DEFENDANT

ORDER

Now before the Court is the Plaintiff, Faith Forestry Services Inc.'s, Motion for Preliminary Injunction [4], and Motion to Strike [24]. For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, Faith Forestry's Motion for Preliminary Injunction [4] is DENIED. Faith Forestry's Motion to Strike [24] is GRANTED in part and DENIED in part.

SO ORDERED on this the 19th day of March, 2018.

                                                       /s/ Sharion Aycock
                                                     UNITED STATES DISTRICT JUDGE