IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FAITH FORESTRY SERVICES, INC.                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:17-CV-214-SA-DAS

UNITED STATES DEPARTMENT OF LABOR                                              DEFENDANT

FINAL JUDGMENT

For all of the reasons discussed in a separate Memorandum Opinion issued this same day, the Court finds that Faith Forestry lacks standing to pursue this action. The Department of Labor's Motion to Dismiss [31] is GRANTED and this CASE is DISMISSED.

It is SO ORDERED on this the 1st day of August, 2018.

                                                    /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE